

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Brenda Gail Sutton Levetz

No. 06-19-00086-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. The writ will issue only if the trial court fails to comply.

RENDERED OCTOBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk